TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
HUNTER B. THOMSON
Assistant United States Attorney
Acting Chief, Civil Fraud Section
FAITH ROBERTS (D.C. Bar #1742623)
Special Assistant United States Attorney
Room 7516, Federal Building
300 N. Los Angeles Street
Los Angeles, California 90012
Tel: (817) 527-5624; Fax: (202) 481-2992
Email: faith.roberts@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
10/27/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: EVC DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,

Plaintiffs,

v.

**[UNDER SEAL]**,

Defendants.

No. 2:25-cv-01280-AB (MARx)

**SEALED DOCUMENT**

**~~[PROPOSED]~~ ORDER DISMISSING THE CASE WITHOUT PREJUDICE AND PARTIALLY UNSEALING THE CASE**

JS-6

FILED
CLERK, U.S. DISTRICT COURT
10/27/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: EVC DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA *ex rel*. VERITY INVESTIGATIONS, LLC,

Plaintiffs,

v.

CONVAID PRODUCTS, LLC,

Defendant.

No. 2:25-cv-01280-AB (MARx)

**~~[PROPOSED]~~ ORDER DISMISSING THE CASE WITHOUT PREJUDICE AND PARTIALLY UNSEALING THE CASE**

The Relator, Verity Investigations, LLC ("Relator"), having filed a Notice of Voluntary Dismissal of this action, and the United States of America having filed their Notice of Consent to Dismissal Without Prejudice, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS HEREBY ORDERED that:

1. Plaintiff-Relator's Complaint is dismissed without prejudice.
2. The seal is lifted from this action in all respects, except as specified in Paragraph 4 below.
3. The Complaint, Relator's Voluntary Dismissal, the United States' Notice of Consent to Voluntary Dismissal and Request to Partially Unseal Case, and this Order are all unsealed.
4. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;
5. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order.

IT IS SO ORDERED.

Dated: October 27, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE